SHAWN N. ANDERSON
Acting United States Attorney
MIKEL W. SCHWAB
Chief, Civil Division
JESSICA F. WESSLING
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| TIMOTHY J. QUINTANILLA, ANJELO G.Q. KUSTERBECK, LLEMALT P. TANGLEBAD,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF THE NAVY, UNITED STATES OF AMERICA; JOHN DOE INSURANCE CARRIER TO BE NAMED AFTER DISCOVERY; and DOES 1-10, Inclusive,<br><br>Defendants. | CIVIL CASE NO.  16-00076<br><br>**NOTICE OF SETTLEMENT** |

COMES NOW, Defendant, United States of America[1] by and through its undersigned counsel, and hereby notifies the Court that the parties have settled and a copy of the Settlement Agreement is attached hereto as "Exhibit A."  Pursuant to paragraph 8 of the Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1), the parties will file a Joint Stipulation of Dismissal with Prejudice upon the receipt of the settlement amount as described in the agreement.

---

[1] The only proper defendant in a Federal Tort Claims Act case is the United States of America.  *Lance v. United States*, 70 F.3d 1093, 1095 (9th Cir. 1995).

Defendant requests that the case be removed from the Court's calendar pending the completion of the settlement requirements. The parties will request a dismissal of this case immediately thereafter. Plaintiffs have no objection to the request to vacate the deadlines in this case.

RESPECTFULLY SUBMITTED this 3rd day of April, 2017.

SHAWN N. ANDERSON
Acting United States Attorney
Districts of Guam and the NMI


By: */s/ Jessica F. Wessling*
JESSICA F. WESSLING
MIKEL W. SCHWAB
Assistant U.S. Attorneys