SHAWN N. ANDERSON
Acting United States Attorney
MIKEL W. SCHWAB
Chief, Civil Division
JESSICA F. WESSLING
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| TIMOTHY J. QUINTANILLA, ANJELO G.Q. KUSTERBECK, LLEMALT P. TANGLEBAD,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF THE NAVY, UNITED STATES OF AMERICA; JOHN DOE INSURANCE CARRIER TO BE NAMED AFTER DISCOVERY; and DOES 1-10, Inclusive,<br><br>Defendants. | CIVIL CASE NO. 16-00076<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL** |

COME NOW, the parties, by and through their undersigned counsel, and hereby move the Court to dismiss this case pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The terms set forth in the settlement agreement (ECF No. 11-1) have been satisfied

\\

\\

\\

as of May 31, 2017. Each party shall bear its own costs and fees, including attorneys' fees.

SO STIPULATED.

SHAWN N. ANDERSON
Acting United States Attorney
Districts of Guam and the NMI

Dated: 5/31/17     By: /s/ Jessica Wessling
JESSICA F. WESSLING
MIKEL W. SCHWAB
Assistant U.S. Attorneys

LAW OFFICES OF MARK WILLIAMS, P.C.

Dated: 5/31/17     /s/ Mark Williams
MARK WILLIAMS, ESQ.
Attorney for Plaintiffs